**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**LEOPOLDO AGUADO-GUEL, #07534-010**                                                **PETITIONER**

**VERSUS**                                         **CIVIL ACTION NO. 5:09-cv-93-DCB-MTP**

**BRUCE PEARSON**                                                                                  **RESPONDENT**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the  __11th__  day of January, 2010.

                                                        __s/ David Bramlette__
                                              UNITED STATES DISTRICT JUDGE